IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF RENAISSANCE HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-3 | CASE NUMBER: 1:11-cv-5198 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Charles R. Norgle, Sr. |
| ALTON R. YOUNG, CYNTHIA C. YOUNG, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR RESIDENTIAL LOAN CENTERS OF AMERICA, | MAGISTRATE JUDGE: Arlander Keys |
| DEFENDANT(S). | |

## MOTION TO DISMISS CASE

Plaintiff, WELLS FARGO BANK, N.A., by counsel, James N. Pappas of Burke, Costanza, & Carberry LLP, files the following Motion to Dismiss the Case without Prejudice, and states:

1. On July 31, 2011, Plaintiff filed its Complaint for Foreclosure.

2. On October 6, 2011, the loan was brought current thru a Forbearance Plan.

WHEREFORE, counsel for Plaintiff, U WELLS FARGO BANK, N.A., respectfully requests that the Case be dismissed without prejudice, and for all other relief just and proper.

Respectfully submitted,
BURKE COSTANZA & CARBERRY LLP

By: /s/ James N. Pappas
James N. Pappas, #6291873
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (219) 769-1313