

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WELLS FARGO BANK, N.A., AS TRUSTEE
FOR THE REGISTERED HOLDERS OF
RENAISSANCE HOME EQUITY LOAN ASSET-   CASE NUMBER: 1:11-cv-5198
BACKED CERTIFICATES, SERIES 2004-3

PLAINTIFF

VS.                                   DISTRICT JUDGE: Charles R. Norgle, Sr.

ALTON R. YOUNG, CYNTHIA C. YOUNG,     MAGISTRATE JUDGE: Arlander Keys
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC., AS NOMINEE FOR
RESIDENTIAL LOAN CENTERS OF AMERICA,

DEFENDANT(S).

### ORDER DISMISSING CASE

This matter is before the Court on Plaintiff's Motion to Dismiss Case, and the Court being duly advised in the premises, now GRANTS same. The case of WELLS FARGO BANK, N.A. *v.* ALTON R. YOUNG, CYNTHIA C. YOUNG, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR RESIDENTIAL LOAN CENTERS OF AMERICA, is dismissed without prejudice.

Dated: 3-9-12                         _____
                                                    Judge